IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-03031-01-CR-S-MDH |
| ) | |
| SAUL FERNANDEZ, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Before the Court is a Motion to Revoke Detention Order and Set Bond filed by Defendant personally. (Doc. 54.) As Defendant has been advised previously, he is represented by an attorney, and the Court "is not required to entertain *pro se* motions filed by a represented party." *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017) (cleaned up). This prohibition was set forth in the March 22, 2022 Scheduling and Trial Order, which states that *pro se* filings will not be accepted from defendants who are represented by counsel. (Doc. 21 ¶ VI(A).)

Accordingly, the *pro se* Motion to Revoke Detention Order and Set Bond is **DENIED** without prejudice. Any motion to the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: February 17, 2023